

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

### NO. 02-15-00363-CV

IN THE INTEREST OF Z.W., A
CHILD

----------

FROM THE 271ST DISTRICT COURT OF WISE COUNTY
TRIAL COURT NO. CV13-09-792

----------

## MEMORANDUM OPINION[1]

----------

A notice of appeal from an associate judge's temporary visitation order in this child protection case was filed with the trial court clerk on November 20, 2015 and forwarded to this court. *See* Tex. R. App. P. 28.4. However, rather than indicating an intent to appeal the associate judge's ruling to this court, the notice of appeal instead seeks a de novo appeal of the associate judge's ruling by the presiding judge of the trial court. *See* Tex. Fam. Code Ann. § 201.317 (West 2014) (providing for de novo hearing of specified issues resolved by

---

[1]*See* Tex. R. App. P. 47.4.

associate judge in suit affecting the parent-child relationship). Therefore, it appears that the notice of appeal was forwarded to this court in error.

Although we notified the parties that this court was concerned it did not have jurisdiction over the appealed order and gave them time to respond, we received no response. Temporary orders in a suit affecting the parent-child relationship are not appealable to this court under the family code. *Id.* § 105.001(e) (West 2014); *In re J.W.L.*, 291 S.W.3d 79, 83 (Tex. App.—Fort Worth 2009, orig. proceeding [mand. denied]). Accordingly, we dismiss this appeal for want of jurisdiction. *See* Tex. R. App. P. 42.3(a), 43.2(f).

PER CURIAM

PANEL: LIVINGSTON, C.J.; DAUPHINOT and GARDNER, JJ.

DELIVERED: February 11, 2016